

**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

TMM / ALL
Transmittal Number: 14099200
Date Processed: 08/06/2015

| | |
|---|---|
| **Primary Contact:** | Carmen Berumen<br>Select Portfolio Servicing, Inc.<br>3815 S. West Temple<br>Salt Lake City, UT 84115 |
| **Copy of transmittal only provided to:** | Jason Miller<br>Gina Burgess<br>Tammy Cunningham<br>Service Process |
| **Entity:** | Select Portfolio Servicing, Inc.<br>Entity ID Number  1752761 |
| **Entity Served:** | Select Portfolio Servicing, Inc. |
| **Title of Action:** | Lizette Gonzalez vs. Select Portfolio Servicing, Inc. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Contra Costa County Superior Court, California |
| **Case/Reference No:** | C15-01287 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 08/05/2015 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Marc Applbaum<br>619-756-7300 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

EXHIBIT B