

## CT Corporation

**Service of Process Transmittal**
08/07/2015
CT Log Number 527607785

**TO:** Michael A Bosco, Attorney
Tiffany & Bosco, P.A.
Seventh Floor Camelback Esplanade II, 2525 East Camelback Road
Phoenix, AZ 85016

**RE:** **Process Served in California**

**FOR:** National Default Servicing Corporation (Domestic State: AZ)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Lizette Gonzalez, Pltf. vs. Select Portfolio Servicing, Inc., et al. including National Default Servicing Corporation, Dfts. |
| **DOCUMENT(S) SERVED:** | Reply Envelope, Summons, Verified Complaint, Affidavit(s) and Verification(s), Cover Sheet(s), Notice(s), Statement, Alternate Dispute Resolution System, Notice(s) and Acknowledgement(s) |
| **COURT/AGENCY:** | Contra Costa County - Superior Court - Martinez, CA
Case # C1501287 |
| **NATURE OF ACTION:** | Breach of Contract - Violation of California Homeowner Bill of Rights - Statutory Unfair Competition - Breach Of Covenant Of Good Faith And Fair Dealing |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Regular Mail on 08/07/2015 postmarked on 08/04/2015 |
| **JURISDICTION SERVED:** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Marc Applbaum
Kettner Law Corporation
2150 West Washington St.
Suite 104
San Diego, CA 92110
619-756-7300 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Priority Overnight , 781118655022

Image SOP

Email Notification, Michael A Bosco  mab@tblaw.com

Email Notification, Mindy Hendry  mmh@tblaw.com

Email Notification, Erika Gustin  esgustin@tblaw.com

Email Notification, Julie Greenberg  jagreenberg@tblaw.com

Email Notification, Chanel Firth  cdf@tblaw.com |
| **SIGNED:** | C T Corporation System |

Page 1 of  2 / RG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EXHIBIT C

 **CT Corporation**

**Service of Process Transmittal**
08/07/2015
CT Log Number 527607785

**TO:** Michael A Bosco, Attorney
Tiffany & Bosco, P.A.
Seventh Floor Camelback Esplanade II, 2525 East Camelback Road
Phoenix, AZ 85016

**RE:** **Process Served in California**

**FOR:** National Default Servicing Corporation  (Domestic State: AZ)

**ADDRESS:** 818 West Seventh Street
Los Angeles, CA 90017
**TELEPHONE:** 213-337-4615

Page 2 of  2 / RG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EXHIBIT C