1   Robert A. Bleicher (Bar No. 111334)
    rbleicher@carr-mcclellan.com
2   CARR McCLELLAN P.C.
    216 Park Road
3   P.O. Box 513
    Burlingame, California  94011-0513
4   Telephone:      (650) 342-9600
    Facsimile:       (650) 342-7685
5
    Attorneys for Defendants
6   Select Portfolio Servicing, Inc. and National Default Servicing
    Corporation
7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11

12   LIZETTE GONZALEZ,                    Case No.

13              Plaintiff,                **REQUEST FOR JUDICIAL NOTICE IN
                                          SUPPORT OF REMOVAL**
14   v.

15   SELECT PORTFOLIO SERVICING,
     INC.;
16   JPMORGAN CHASE BANK, N.A.;
     U.S. BANK, N.A.;
17   NATIONAL DEFAULT SERVICING
     CORPORATION,
18
                Defendants.
19

20          Pursuant to Federal Rule of Evidence 201, subdivision (c)(2), Defendants Select Portfolio

21   Servicing, Inc., and National Default Servicing Corporation respectfully request that the Court

22   take judicial notice of the following documents cited in support of defendants Motion to Dismiss:

23          1.      Deed of Trust, dated October 7, 2005 and recorded on October 19, 2005 executed

24   by Plaintiff's mother (Ruby Perez), attached as **Exhibit 1**;

25          2.      Note dated October 7, 2005 and executed by Plaintiff's mother (Ruby Perez),

26   attached as **Exhibit 2**;

27                   MEMORANDUM OF POINTS AND AUTHORITIES

28          Courts may take judicial notice of facts that are "not subject to reasonable dispute," such

1   as when they can be accurately and readily determined from sources whose accuracy cannot be

2   reasonably be questioned." Fed. R. Evid. 201(b)(2).  Here, Defendants seek judicial notice of

3   public records whose authenticity no party questions.  Plaintiff references them in her Complaint

4   (Complaint ¶ 13), but she did not physically attach them to the pleading.  Judicial notice of such

5   documents is appropriate "at any stage of the proceeding."  Fed R. Evid 201(d); *Lee v. City of Los*

6   *Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001).  It is proper to take judicial notice of mortgage-

7   related documents, including notices of default and notices of sale.  *Fazio v. Recontrust Co., N.A.*,

8   C 13-554 MEJ, 2013 WL 1962336 at *2 (N.D. Cal. May 10, 2013) (citing cases).  It is also proper

9   to take judicial notice of the note.  *See Zamora v. Wells Fargo Bank*, C 13-134 MEJ, 2013 WL

10   2319079, at *2 (N.D. Cal. May 28, 2013).

11          For the foregoing reasons, the documents here may be considered by the Court in ruling

12   on Defendants' Removal, and Defendants therefore request that the Court grant this Request for

13   Judicial Notice.

14   Dated: August 21, 2015                          CARR McCLELLAN P.C.

15

16

17   By: _____

18          Robert A. Bleicher
             Attorneys for Defendants
19          Select Portfolio Servicing, Inc. and National
             Default Servicing Corporation

20

21

22

23

24

25

26

27

28