Robert A. Bleicher (Bar No. 111334)
rbleicher@carr-mcclellan.com
CARR McCLELLAN P.C.
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:   (650) 342-9600
Facsimile:    (650) 342-7685

Attorneys for Defendants
Select Portfolio Servicing, Inc. and National Default Servicing
Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZETTE GONZALEZ,<br><br>  Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.;<br>JPMORGAN CHASE BANK, N.A.;<br>U.S. BANK, N.A.;<br>NATIONAL DEFAULT SERVICING CORPORATION,<br><br>  Defendants. | Case No.<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

  1.   Select Portfolio Servicing, Inc. ("SPS"), a wholly owned subsidiary of SPS Holding Corp., a privately held Delaware corporation, whose sole shareholder is Credit Suisse 9USA), Inc.

  2.   Defendant National Default Servicing Corporation ("NDSC")

3. Non-Party U.S. Bank, NA as successor trustee to Bank of America NA, successor in interest to LaSalle Bank NA, as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-EC2. It is the current beneficiary under the Deed of Trust secured by the Property that is the subject of Plaintiff's Complaint

Dated: August 21, 2015        CARR McCLELLAN P.C.

By: /s/ Robert A. Bleicher
Robert A. Bleicher
Attorneys for Defendants
Select Portfolio Servicing, Inc. and National Default Servicing Corporation