1   JOHN M. SORICH (CA Bar No. 125223)
    John.Sorich@piblaw.com
2   JENNY L. MERRIS (CA Bar No. 246088)
    Jenny.Merris@piblaw.com
3   PARKER IBRAHIM & BERG LLC
    695 Town Center Drive, 16th Floor
4   Costa Mesa, Calivornia 92626
    Tel:  (714) 361-9550
5   Fax: (714) 784-4199

6   Attorneys for Defendant
    JPMORGAN CHASE BANK, N.A,
7   erroneously sued as JPMorgan Chase Bank

8                  **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10

11  LIZETTE GONZALEZ,                    | **CASE NO.:** 4:15-cv-03835-EDL

12              Plaintiff,               | **STIPULATION TO EXTEND TIME FOR
                                         | DEFENDANT'S RESPONSE TO
13  v.                                   | PLAINTIFF'S COMPLAINT**

14  SELECT PORTFOLIO SERVICING, INC.;    | **STATE CASE NO:**  C15-01287
    JPMORGAN CHASE BANK;, U.S. BANK,
15  N.A.; NATIONAL DEFAULT SERVICING     | **STATE CASE FILED:** July 29, 2015
    CORPORATION,
16
                Defendants.
17

18      **TO THE HONORABLE ELIZABETH D. LAPORTE, UNITED STATES JUDGE,**

19  **AND ALL PARTIES OF INTEREST REQUIRING NOTICE:**

20          Pursuant to Northern District of California Local Rule 6-1(a), defendant JPMorgan Chase

21  Bank, N.A., erroneously sued as JPMorgan Chase Bank ("Chase" or "Defendant") and plaintiff

22  Lizette Gonzalez ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and agree

23  as follows:

24          WHEREAS, on July 29, 2015, Plaintiff filed the original Complaint in the above-captioned

25  action in Superior Court of California, County of Contra Costa;

26          WHEREAS, Defendant was served with copies of the Summons and Complaint, effective

27  August 5, 2015;

28          WHEREAS, on August 21, 2015, Defendants Select Portfolio Servicing, Inc. and National

1  Default Servicing Corporation filed their Notice of Removal in United States District Court of

2  California, Northern District;

3        WHEREAS, Chase's response to Plaintiff's operative Complaint is currently due on October

4  5, 2015;

5        WHEREAS, Plaintiff and Chase have reached a settlement which will resolve this matter in

6  its entirety and are in the process of finalizing a formal settlement agreement;

7        WHEREAS, Plaintiff has agreed to provide Chase with a 30-day extension, up to and

8  including November 5, 2015, to respond to Plaintiff's operative Complaint to allow the parties to

9  finalize their settlement.

10  FOR GOOD CAUSE APPEARING, THE PARTIES STIPULATE AS FOLLOWS:

11        1.     The date by which Defendant shall respond to Plaintiff's operative complaint shall be

12  extended to November 5, 2015.

13        **IT IS SO STIPULATED.**

14

15  DATED:  October 10, 2015         PARKER IBRAHIM & BERG LLC

16

17                         By:  /s/ Jenny L. Merris
                         JOHN SORICH

18                           JENNY L. MERRIS
                         Attorneys for  Defendant

19                           JPMORGAN CHASE BANK, N.A., erroneously
                         sued as JPMORGAN CHASE BANK

20

21  DATED:  September 8, 2015        KETTNER LAW CORPORATION

22

23                         By:_____
                         MARC APPLBAUM

24                           Attorneys for Plaintiff
                         LIZETTE GONZALEZ

25

26

27

28

1   Default Servicing Corporation filed their Notice of Removal in United States District Court of

2   California, Northern District;

3         WHEREAS, Chase's response to Plaintiff's operative Complaint is currently due on October

4   5, 2015;

5         WHEREAS, Plaintiff and Chase have reached a settlement which will resolve this matter in

6   its entirety and are in the process of finalizing a formal settlement agreement;

7         WHEREAS, Plaintiff has agreed to provide Chase with a 30-day extension, up to and

8   including November 5, 2015, to respond to Plaintiff's operative Complaint to allow the parties to

9   finalize their settlement.

10   FOR GOOD CAUSE APPEARING, THE PARTIES STIPULATE AS FOLLOWS:

11       1.     The date by which Defendant shall respond to Plaintiff's operative complaint shall be

12   extended to November 5, 2015.

13     **IT IS SO STIPULATED.**

14

15   DATED: September 8, 2015          PARKER IBRAHIM & BERG LLC

16

17                        By:_____
                             JOHN SORICH

18                              JENNY L. MERRIS
                             Attorneys for Defendant

19                              JPMORGAN CHASE BANK, N.A., erroneously
                             sued as JPMORGAN CHASE BANK

20

21   DATED: September 8, 2015          KETTNER LAW CORPORATION

22

23                        By:_____
                             MARC APPLBAUM

24                              Attorneys for Plaintiff
                             LIZETTE GONZALEZ

25

26

27

28

2
**STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO COMPLAINT**

1

2                                    **<u>ORDER</u>**

3          Pursuant to the Stipulation, Chase's response to the operative complaint is now due on

4   November 5, 2015.

5   IT IS SO ORDERED.

6

7   Date:_____          _____

8                                           Honorable Elizabeth D. Laporte

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO COMPLAINT**