Kettner Law Corporation
Marc Applbaum (SBN: 222511)
2150 W. Washington St., Suite 104
San Diego, CA 92110
Tel.: (619) 756-7300
Fax:  (619) 363-3944
marc@kettnerlawcorp.com

Attorney for Plaintiffs, LIZETTE GONZALEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZETTE GONZALEZ,<br><br>                      Plaintiff,<br><br>v.<br><br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br><br>                      Defendants | Case No. 15-CV-03835-EDL<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL**<br><br>Assigned to Honorable Judge Elizabeth D. Laporte |

TO THE HONORABLE JUDGE ELZABETH D. LAPORTE, ALL PARTIES AND THEIR

RESPECTIVE ATTORNEYS OF RECORD HEREIN:

1

Plaintiff and Defendant, U.S. BANK N.A., have heretofore entered into a settlement of the issues in this case. Plaintiff, therefore, request that this action be dismissed with prejudice as to Defendant U.S. BANA N.A., in accordance with the settlement agreement.

DATED: October 14, 2015            KETTNER LAW CORPORATION

                                   BY:  _____
                                        MARC APPLBAUM
                                        Attorney for Plaintiff

CASE NO. 15-CV-03835-EDL
REQUEST FOR DISMISSAL

Gonzalez v. Select Portfolio Servicing, Inc.
United States District Court- Northern District of California
Case No. 15-CV-03835-EDL

## DECLARATION OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein refereed to, over the age of 18 years old, and not a party to this action. My business address is 2150 W. Washington St., Suite 104, San Diego, CA 92110.

On October 14, 2015, I served the following document (s):

**PLAINTIFF'S REQUEST FOR DISMISSAL**
**(PROPOSED) ORDER GRANTING PLAINTIFF'S REQUETS FOR DISMISSAL**

on the interested parties in said case as follows:

*Served By Means Other than Electronically*
*Via the Court's CM/ECF System:*

| **Jenny Merris** | **Bob Bleicher** |
|---|---|
| *Representing:*<br>JPMorgan Chase Bank N.A. | *Representing:*<br>Select Portfolio Servicing Inc.<br>U.S. Bank N.A.<br>National Default Servicing Corp. |
| Parker Ibrahim & Berg LLC<br>695 Town Center Dr., 16th Fl.<br>Costa Mesa, CA 92626 | Carr McClellan P.C.<br>216 Park Rd.<br>Burlingame, CA 94010 |
| jenny.merris@piblaw.com | rbleicher@carr-mcclellan.com |

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed this 14th day of October, 2015 at San Diego, California.

ERIN MACLEOD