1 | Kettner Law Corporation
2 | Marc Applbaum (SBN: 222511)
2 | 2150 W. Washington St., Suite 104
3 | San Diego, CA 92110
  | Tel.: (619) 756-7300
4 | Fax:  (619) 363-3944
  | marc@kettnerlawcorp.com

Attorney for Plaintiffs, LIZETTE GONZALEZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIZETTE GONZALEZ, | Case No. 15-CV-03835-EDL |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | Assigned to Honorable Judge Elizabeth D. Laporte |
| SELECT PORTFOLIO SERVICING, INC., et al., | |
| Defendants | |

1

CASE NO. 15-CV-03835-EDL
NOTICE OF SETTLEMENT

Plaintiff wishes to inform the Court that the parties have reached a settlement of the action. Plaintiff expects to file a Request for Dismissal of the entire action within the next 21 days, following full execution of a written settlement agreement.

Respectfully submitted,

DATED: October 14, 2015                    KETTNER LAW CORPORATION

                                           BY: _____
                                               MARC APPLBAUM
                                               Attorney for Plaintiff

Gonzalez v. Select Portfolio Servicing, Inc.
United States District Court- Northern District of California
Case No. 15-CV-03835-EDL

## DECLARATION OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein refereed to, over the age of 18 years old, and not a party to this action. My business address is 2150 W. Washington St., Suite 104, San Diego, CA 92110.

On October 14, 2015, I served the following document (s):

**NOTICE OF SETTLEMENT**

on the interested parties in said case as follows:

*Served By Means Other than Electronically Via the Court's CM/ECF System:*

| **Jenny Merris** |
| --- |
| *Representing:* JPMorgan Chase Bank N.A. |
| Parker Ibrahim & Berg LLC 695 Town Center Dr., 16th Fl. Costa Mesa, CA 92626 |
| jenny.merris@piblaw.com |

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed this 14th day of October, 2015 at San Diego, California.

ERIK MACLEOD