Kettner Law Corporation
Marc Applbaum (SBN: 222511)
2150 W. Washington St., Suite 104
San Diego, CA 92110
Tel.: (619) 756-7300
Fax: (619) 363-3944
marc@kettnerlawcorp.com

Attorney for Plaintiffs, LIZETTE GONZALEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZETTE GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br>Defendants | Case No. 15-CV-03835-EDL<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL**<br><br>Assigned to Honorable Judge Elizabeth D. Laporte |

TO THE HONORABLE JUDGE ELZABETH D. LAPORTE, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:

1

Plaintiff and Defendants have heretofore entered into a settlement of the issues in this case. Plaintiff, therefore, request that this entire action be dismissed with prejudice as to Defendant in accordance with the settlement agreement.

DATED: October 26, 2015

KETTNER LAW CORPORATION

BY: *[signature]*

MARC APPLBAUM
Attorney for Plaintiff